UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD L. HAYNES,

                Plaintiff,

    v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

                Defendant.

Case No. C12-5271-RAJ

**ORDER AFFIRMING THE COMMISSIONER**

The court has considered the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's objection to the R&R, the Commissioner's response, and Plaintiff's reply. The court has also reviewed the briefs the parties submitted to Judge Tsuchida, the final decision of the administrative law judge, and the balance of the record. The court orders as follows:

(1) The Court ADOPTS the R&R (Dkt. # 23) and DENIES Plaintiff's objection (Dkt. # 24) to the R&R.

(2) The court AFFIRMS the final decision of the Commissioner and directs the clerk to dismiss this action and enter judgment for the Commissioner.

(3) The clerk shall ensure that Judge Tsuchida receives notice of this order.

DATED this 12th day of June, 2013.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court Judge

ORDER AFFIRMING THE COMMISSIONER - 1